# United States Bankruptcy Court
# Northern District of Georgia, Atlanta Division

In re:     **Yarbra, Louise**_____ )   Case No.  **22-51532-pmb**_____
    Debtor(s)                                           )   Chapter    **13**_____

## Motion to Reconsider Order of Dismissal

COMES NOW, Debtor(s) in the above-styled Chapter 13 case, and through counsel, files this "Motion to Reconsider Order of Dismissal," showing to this Honorable Court the following:

1.    Debtor filed for relief in this Chapter 13 case on February 25, 2022.

2.    The Trustee filed a request for dismissal for failure to fund her case and the Debtor's case was subsequently dismissed.

3.    The Debtor was hospitalized and diagnosed with cancer but she is able to fund her case with the help and support from her grown children.

4.    The Debtor request that the Court reconsider the Dismissal of this case so that the Debtor may continue to prosecute the case and receive the Discharge.

5.    It is in the best interests of the Debtor, the creditors and the estate for this case to be reinstated.

WHEREFORE, Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Honorable Court vacate its order which dismissed the above-styled Chapter 13 case;

(c) that this Honorable Court reinstate the above-styled Chapter 13 case and

(d) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted, this

**May 22, 2022**                                        */s/ W Jeremy. Salter*

**W Jeremy. Salter, Ga Bar # 303979**

Attorney for Debtor(s)
**SALTER LAW GROUP, LLC**
**PO Box 609**

**Rome, GA  30162-0609**
**(706) 295-1300**
**jeremy@jsalterlaw.com**

# United States Bankruptcy Court
# Northern District of Georgia, Atlanta Division

| | | |
|---|---|---|
| In re: | **Yarbra, Louise** | ) Case No. **22-51532-pmb** |
| | Debtor(s) | ) Chapter **13** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE that Yarbra, Louise filed a Motion to Reconsider Order of Dismissal.**

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the motion  in Courtroom 342, United States Courthouse, 600 East First Street, Rome Georgia on JUNE 23, 2022 AT 10:15 AM.**

**Given the current public health crisis,  hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."**
**http://www.ganb.uscourts.gov/news/public-notice-regarding-court-operations-during-covid-19-outbreak**

**Your rights may be affected by the Court's ruling on this Motion.. You should read this Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to granted the relief sought in this Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's office is Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street Rome, Georgia 30161-3187.  You must also mail a copy of your response to the undersigned at the address stated below.**

**Respectfully Submitted**
**this May 22, 2022 by**

**/s/**_____
      **W Jeremy. Salter, Ga Bar # 303979**

Attorney for Debtor(s)
SALTER LAW GROUP, LLC
**PO Box 609**
**Rome, GA  30162-0609**
**(706) 295-1300**
**jeremy@jsalterlaw.com**

# Certificate of Service

I certify that I have this date served the following parties with a true and correct copy of the within and foregoing pleading via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

| | |
|---|---|
| **Melissa J. Davey, Chapter 13 Trustee**<br>**Suite 2250**<br>**233 Peachtree Street NE**<br>**Atlanta, GA 30303** | Yarbra, Louise<br>410 Houston Pl SW<br>Marietta, GA 30008-3541 |

**All other creditors listed on the attached were also served as noted above.**

Date: **May 22, 2022**                    */s/ W Jeremy. Salter*

                                          **W Jeremy. Salter, Ga Bar # 303979**

                                          Attorney for Debtor(s)
                                          SALTER LAW GROUP, LLC
                                          **PO Box 609**

                                          **Rome, GA  30162-0609**
                                          **(706) 295-1300**
                                          **303979**

Label Matrix for local noticing
113E-1
Case 22-51532-pmb
Northern District of Georgia
Atlanta
Sun May 22 06:55:44 EDT 2022

Jill G. Salter
Salter Law Group, LLC
P.O. Box 609
Rome, GA 30162-0609

W. Jeremy Salter
Salter Law Group, LLC
P. O. Box 609
Rome, GA 30162-0609

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Quantum3 Group LLC as agent for
Wollemi Acquisitions LLC
PO Box 788
Kirkland, WA  98083-0788

Marc E. Ripps
Marc E. Ripps, Esq.
P O Box 923533
Norcross, GA 30010-3533

Servicing Corporation
Attn: Marissa Mifflin
323 5th Street
Eureka, CA 95501-0305

U.S. Bank Trust National Association
as Trustee of the Cabana SeriesIII Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305

Louise Yarbra
410 Houston Pl
Marietta, GA 30008-3541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)U.S. Bank Trust National Association

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12