UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 22-51532-PMB |
| LOUISE YARBRA, ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | JUDGE PAUL BAISIER |
| ------------------------------------ ) | |
| ) | |
| MELISSA J. DAVEY, ) | |
| STANDING CHAPTER 13 TRUSTEE, ) | |
| Movant, ) | |
| ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| LOUISE YARBRA, ) | |
| Respondent. ) | |
| ) | |
| ------------------------------------ ) | |

## CHAPTER 13 TRUSTEE'S
## SUPPLEMENTAL OBJECTION TO CONFIRMATION & MOTION TO DISMISS

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. As unsecured creditors will receive less than in a Chapter 7 liquidation, the Plan does not conform to 11 U.S.C. Section 1325(a)(4).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated:  November 14, 2022

/s/Delaycee Rowland
Delaycee Rowland
Attorney for the Chapter 13 Trustee
GA Bar No. 773359
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:     (678) 510-1444
Facsimile:     (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 22-51532-PMB |
| ) | |
| LOUISE YARBRA, ) | CHAPTER 13 |
| ) | |
| DEBTOR. ) | JUDGE PAUL BAISIER |
| ) | |
| ------------------------------------------------------- ) | |
| ) | |
| MELISSA J. DAVEY, ) | |
| STANDING CHAPTER 13 TRUSTEE, ) | |
|     Movant, ) | |
| ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| LOUISE YARBRA, ) | |
|     Respondent. ) | |
| ) | |
| ------------------------------------------------------- ) | |

### CERTIFICATE OF SERVICE

I certify that on this day I caused a copy of this Chapter 13 Chapter 13 Trustee's Supplemental Objection to Confirmation & Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

LOUISE YARBRA
410 HOUSTON PL
MARIETTA, GA  30008

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
W. JEREMY SALTER

Dated: November 14, 2022

/s/Delaycee Rowland
Delaycee Rowland
Attorney for the Chapter 13 Trustee
GA Bar No. 773359
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:	(678) 510-1444
Facsimile:	(678) 510-1450
mail@13trusteeatlanta.com